Glenn R. Kantor, Esq. [SBN 122643]
e-mail: gkantor@kantorlaw.net
Timothy J. Rozelle, Esq. [SBN 298332]
e-mail: trozelle@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Russell G. Petti, State Bar No. 137160
**THE LAW OFFICES OF RUSSELL G. PETTI**
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Counsel for Plaintiff Lillyth Quillan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLYTH QUILLAN, | Case No. 3:15-cv-00989-EMC |
| Plaintiff, | **STIPULATION FOR FILING FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER** |
| vs. | |
| CIGNA HEALTHCARE OF CALIFORNIA, INC., | |
| Defendant. | |

Plaintiff, Lillyth Quillan and Defendant Cigna Healthcare of California, Inc. ("Cigna"), through their respective counsel of record, hereby stipulate to the following:

1. This lawsuit, which is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA") involves Plaintiff's claims for recovery of denied health benefits;

2. After cooperative discussions between counsel, it has been determined that the ERISA Plan responsible for paying benefits is self-funded rather than

1

1  insured.  As such the current Defendant, Cigna, only acted as the
2  administrator for the Plan, and is not the proper defendant here;
3. The parties to this lawsuit therefore stipulate to the filing of the First Amended Complaint, which is attached to this Stipulation as Exhibit A. This First Amended Complaint removes Cigna as the defendant, and adds the Visa Inc. Cigna Network POS Plan (the "Visa Plan");
4. The First Amended Complaint will have to be served on the Visa Plan, and Cigna's present counsel is uncertain whether he will be retained to represent the Visa Plan.  As such, the Parties submit that it would be prudent to continue the Case Management Conference, currently set for November 24, 2015, for four weeks to allow for new counsel to appear and become sufficiently familiar with this matter to participate in the CMC.

**It is So Stipulated**

DATED: November 16, 2015

KANTOR & KANTOR, LLP
LAW OFFICES OF RUSSELL G. PETTI

BY:   *S/Russell G. Petti*
Russell G. Petti
Attorney for Plaintiff
Lillyth Quillan

DATED: November 16, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY:   *S/Sean P. Nalty*
Sean P. Nalty
Attorney for Defendant
Cigna Healthcare of California, Inc.

**PROPOSED ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES** and for Good Cause shown, the following is hereby Ordered:

1. That the First Amended Complaint attached to this Stipulation as Exhibit A is hereby filed; and

///

1  2.     The Case Management Conference currently set for November 24, 2015 is
2         reset for December ~~December~~ Janaury 14, 2016 ~~2015~~ at 9:30am  The Parties are further Ordered to
3         file a Case Management Statement no later than seven days prior to the new
4         Case Management Conference date.

5                              **IT IS SO ORDERED**

6  Date: November 20, 2015

8                              _____
9                              The Honorable
                                United States

   IT IS SO ORDERED AS MODIFIED
   Judge Edward M. Chen

3