Glenn R. Kantor, Esq. [SBN 122643]
e-mail: gkantor@kantorlaw.net
Timothy J. Rozelle, Esq. [SBN 298332]
e-mail: trozelle@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Russell G. Petti, State Bar No. 137160
**THE LAW OFFICES OF RUSSELL G. PETTI**
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Counsel for Plaintiff Lillyth Quillan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLYTH QUILLAN, | Case No. 3:15-cv-0989-EMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** ; ORDER |
| vs. | Trial Date: July 29, 2016 |
| THE VISA INC. CIGNA NETWORK POS PLAN, | |
| Defendant. | |

Plaintiff Lillyth Quillan hereby provides Notice that the parties to this case have reached a successful resolution of this matter. Plaintiff respectfully requests that the current briefing schedule be taken off calendar, and that the parties be given 30 days in which to file a stipulated Request for Dismissal.

DATED: June 9, 2016

KANTOR & KANTOR, LLP
LAW OFFICES OF RUSSELL G. PETTI

BY: ___S/*Russell G. Petti*___
Russell G. Petti
Attorney for Plaintiff
Lillyth Quillan

```
IT IS SO ORDERED. The 7/29/16
bench trial is vacated. Further
CMC is set for 7/28/16. An updated
joint CMC statement or stipulation
for dismissal shall be filed by 7/21/16.
_____
Edward M. Chen, U.S. District
```

1