Glenn R. Kantor, Esq. [SBN 122643]
e-mail: gkantor@kantorlaw.net
Timothy J. Rozelle, Esq. [SBN 298332]
e-mail: trozelle@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Russell G. Petti, State Bar No. 137160
**THE LAW OFFICES OF RUSSELL G. PETTI**
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email: Rpetti@petti-legal.com

Counsel for Plaintiff Lillyth Quillan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLYTH QUILLAN, | Case No. 3:15-cv-0989-EMC |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| VISA INC. CIGNA NETWORK POS PLAN, | |
| Defendant. | |

Plaintiff, Lillyth Quillan and Defendant Visa Inc. Cigna Network POS Plan ("the POS Plan"), through their respective counsel of record, hereby stipulate to the following:

1. This lawsuit, which is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA") involves Plaintiff's claims for recovery of denied health benefits;

2. The parties have reached a settlement in this case, and have agreed on a settlement agreement. On the strength of that agreement, the parties

1

respectfully request that the Court dismiss this action, without prejudice, with each party bearing her or its own attorney fees and costs.

**It is So Stipulated**

DATED: July 20, 2016

KANTOR & KANTOR, LLP
LAW OFFICES OF RUSSELL G. PETTI

BY:   S/*Russell G. Petti*
    Russell G. Petti
    Attorney for Plaintiff
    Lillyth Quillan

DATED: July 20, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY:   S/*Sean P. Nalty*
    Sean P. Nalty
    Attorney for Defendant
    Visa Inc. Cigna Network POS Plan

**PR~~OPO~~SED ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES** and for Good Cause shown, it is hereby Ordered that this case be dismissed without prejudice, with each party bearing her or its own attorney fees and costs.

**IT IS SO ORDERED**

Date: July 22, 2016

_____
The Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*